IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14-CR-00038-RJC-SCR

| | |
|---|---|
| USA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| DONSHAVIOUS MONDELL STURDIVANT | ) |
| | ) |

**THIS MATTER** is before the Court upon motion of the defendant for compassionate release from FCI Edgefield. (Doc. No. 34). However, the defendant was released from that custody. (Doc. No. 37: Petition to Revoke Supervised Release).

**IT IS, THEREFORE, ORDERED** that the defendant's motion, (Doc. No. 34), is **DISMISSED as moot**.

The Clerk is directed to certify copies of this Order to the defendant and the United States Attorney.

Signed: January 3, 2024

Robert J. Conrad, Jr.
United States District Judge